# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

Infolink Group, Inc.,

            Debtor.

Chapter 11

Case No.: 10-_____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P 1007(d) for filing in this chapter 11 case. The list does not include (a) persons who came within the definition of "insider" set forth in 11 U.S.C. § 101, or (b) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of Creditor and complete mailing address including zip code | Name, telephone number and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted. | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (secured also state value security) |
|---|---|---|---|---|
| Prieur J. Leary III<br>390 Alton Road, Box 4<br>Miami Beach, FL 33139 | Tel. +1 954 494 2313 | Contract | | $1,415,000.00 |
| James C. Kurzweg<br>1521 Alton Road, Suite 449<br>Miami Beach, FL 33139 | Tel. +1 786 246-7700 | Arbitration Award | Disputed | $780,572.04 |
| Infolink Panama Corp.<br>PCRC Switching Station<br>Corozal, Panama R.P. | Juan Kosmas (Attorney)<br>Kosmas y Kosmas<br>Avenida Samuel Lewis<br>Edificio Omega, Piso 6 & 7<br>Panama R.P.<br>Tel. +507 223-2783 | Loan | | $300,000.00 |
| FPL Fibernet LLC<br>9250 West Flagler St.<br>Miami, FL 33174 | Tel. +1 866 787-2637 | Lawsuit | Disputed contingent unliquidated | $80,000.00 |
| Broad and Cassel<br>One Biscayne Tower<br>2 Biscayne Blvd.<br>21st Floor<br>Miami, FL 33131 | Tel. +1 305 373 9400 | Legal Fees | | $17,500.00 |
| State of Delaware<br>401 Federal Street<br>Dover, DE 19901-3639 | Tel. +1 302 739-3073 | Corporate Filing Fees | | $800.00 |